original

United States District Court

District of Rhode Island

| | |
|---|---|
| United States of America<br><br>VS.<br><br>Erick Quinonez,<br>Ron Veatch & Robert Sealander,<br>Treason Joinders/Witnesses | Cr. No. 03-044S<br>Judicial Notice: TREASON<br>Joinders Ron Veatch&<br>Robert Sealander;<br>Verification |

**Defendant's 2nd Reply to Government's Objections and Notice Under Federal Rules of Appellate Procedure Rule 28(j) As to Extraordinary Circumstances to Justify Judgment Fraud and Judicial Error.**

Defendant Erick Quinonez appearing pro-se with law Professor Ron Veatch on the Brief/next of friend herein, and moves the Court to correct the Judicial error that was part of a massive 20 years fraud upon the Court and Conspiracy to obstruct Justice, if not, per-se, out and out TREASON. In support, defendant elicits from the U.S. Supreme Court in several related and/or implicated rulings issued in 2004 and 2005 upholding the U.S. Constitution's clear language and intent. In addition, the Supreme Court did in fact rely upon stare decisis doctrine of past Supreme Court rulings that the Court either refused to uphold and/or was urged to commit treason in favor of the Political Subdivisions of both the Democrat and Republican Political Parties in the violent overthrow of the U.S. Constitution and the Bill of Right therein i.e. Amendments 1-10 et.seq.

Treason is both a heavy word and its implications are chilling upon Political ambition and power greedy minions. However, Treason in the Constitutional sense is easily proven:

FIRST: Someone like a Judge, elected Politician State and/or Federal must swear or affirm he/she will SUPPORT the Constitution of these United States in order to become a State or Federal elected and/or appointed official i.d. **U.S. Constitution Arts. II §1 Cl.8; VI Cl.3;** and **Amendment 14;**

SECOND: Upon entering a Constitutional Office, assumption of Jurisdiction i.e. the authority to do what is truly authorized, as opposed to those actions that are not authorized, or prohibited;

**U.S. vs. Booker/Fanfan, 160 L.Ed.2d __ (Jan 12, 05)** made it clear for over 20 YEARS the citizens i.e. We the People were denied "FAIR TRIALS" by acts of HIGH TREASON in violating the Defendants' Constitutional Rights under **Amendment 6.** That is truly extraordinary Acts of Treason went on via a fraud upon the Court for 20 YEARS. And such FRAUD denied this Defendant a FAIR TRIAL through the Unconstitutional U.S. Sentencing Guiedelines (U.S.S.G.) The Supreme Court ruled that this 20 YEARS of U.S.S.G.'s treasonable sentence enhancements by a Federal Judge was wrong, it was a 20 YEAR mistake, it was/is a FRAUD upon the Court and/or inadvertance power -- if these Federal/State Politicals, judges, and appointed officials thereunder intentionally violate their Oath of Offices in Support of Political evil and/or wrong doing that violates the Constitutional clear language and the intended application of "rights, limitations, and facts," which is: TREASON against them i.e. "people, states, and the Constitution;"

i.d. (edit) **Articles III §3 Cl.1; IV §3 Cl.1; II §1 Cl.8 (Oaths By Executive Politicians & Officials); VI Cl.3; Amendment 14 (Oaths for Judges, Politicians and Appointed Officials)** as applied to **Amendments 1-10, i.d.**

THIRD: When you violate your Oath i.e. betrayal of trust any and all judges, Politicians & appointed Officials then & there commit TREASON. **See, Blacks Law Dictionary 6th Ed. Page 1043 i.d.**

Jurisdiction: When a Judge and/or Congress, the President and their minions act in violation of the Constitution by Acts of Treason each is divested of , it truly is, all those things, but ultimately it's clear and compelling TREASON.

"It's time for these Courts and its kindred cousins in the Congress and White House to pay for their evil and wrong doing, which was not only a fraud upon the Court, but actual Treason. Professor Veatch herein verifies treason against John Ashcroft, George W. Bush; all federal criminal Prosecutors and Federal Cops/agents, and the Congress for Treason in the violent Overthrow of the United States Constitution and its by-laws i.e. Federalist Papers 1-84 and Committee of Detail records established by the Framers of the Constitution, and Erick Quinonez seconds the verification of Treason as provided by the Supreme Law of the Land: **U.S. Constitution Art. III §3 Cl.1., i.d.**

Our Courts and Judges in the U.S.A. were chilled, threatened and forced to commit routine atrocities through deniel of fair trials in over 10 million federal criminal cases, were,

not only this Defendant and Professor Veatch's life, freedoms and rights to a fair trial were denied, but all citizens were denied FAIR TRIALS.

"THAT IS EXTRAORDINARY"

And this Conduct of Treason divested this Court of its judgment Authority in this instant case and in Prof. Veatch's trial as well. Although, Prof. Veatch was convicted unconstitutionally and by Act of Treason by and through William Lee Borden and Robin Cauthran in Oklahoma City, by willful intent to do so, and is so verified by Ron Veatch, Robert Sealander and Erick Quinonez herein. This judge clearly did not approve of these Acts of Treason but was helpless to prevent them due to Acts of Treason by the President, Attorney General Ashcroft (Gonzales); federal Prosecutors and Federal cops. There, we do NOT seek TREASON against this Honorable Judge and many others who suffered the burden of constitutional conscience, but was FORCED to enhance and find citizens guilty of crimes they did not comit, nor was there evidence, proof and/or indictments and did so under an Unconstitutional U.S.S.G., as ordered by the Presidents of the United States i.e. William Clinton, George W. Bush, and others, or Conspiracy to commit TREASON with the Political Subdivisions of the Democrat and Republic political parties, all federal police agencies and Attorneys General, Attorneys at Law, and federal Prosecutors.

This Court today should rule that the judgmnets of Prof. Veatch, Sealander and Quinonez cannot maintain force or effect as each was done and convictions achieved without Constitutional Jurisdiction via Acts of Treason against **Amendments 1-10, 6 et seq. (<u>Booker/Fanfan</u>) & <u>Blakely v. Washington</u>, 159 L.Ed.2d**

**__(2004).** And Acts of Treason on such a large basis over a 20 YEAR period is, in of itself, "Extraordinary." Which in these cases smacks of corruption, treason, abuse of power and tyranny **Federalist #84**, and requires this Court to Withdraw its Judgment and any judgment that came about by Acts of Treason that denied Fair Trials to Veatch, Sealander & Quinonez.

Before this Court, is a defendant's Motion to Correct a Judicial error of enhancements based upon an admitted jurisdiction defect, that denied him a fair trial (**Booker, et al.**). This case does NOT deal with the Conviction, it deals exclusively with the judgment and enforcement of judgment, as well as it does with Veatch and Sealander. In effect, the Court's conviction cannot be enforced, as these convictions were done by acts of treason, divesting the Court of enforcement power over its judgment. And it certainly diverted the Court/Government of Mandatory U.S.S.G. and judge based increases in punishment that were in fact a fraud upon the Court. F.R.Cv.P., Rule **60(B)** applies as well as the new Supreme Court ruling in **Gonzales v. Crosby, 160 L.Ed.2d__ (June 2005),** as 20 YEARS of unconstitutional judgments by Acts of Treason are truly extraordinary and call into full question the integrity and public reputation of the entire federal Judiciary for failure to VACATE judgments in mass of all estimated 20 million citizens that were destroyed and denied fair trials by enforcement of unconstitutional judgments. F.R.A.P. **Rule 28(j) & F.R.Cv.P., Rule 60(b)** as to this Nunc Pro Tunc.

Joinders: Prof. Ron Veatch and Prof. Robert Sealander join together as to this case verifying Treason herein and together verify that their judgment from U.S. District Court

Oklahoma City NO. 93-128-C were acts of treason by Robin J. Cauthran, William Border and Vicki Bohaman; William J. Clinton: Janet Reno: John Ashcroft and George W. Bush. I.D.

**Convictions**

The convictions of each defendant and/or joinder may remain as fact for another day. Today this issue is solely to correct a judicial mistake that was caused by the Federal Government via fraud upon the Court through Acts of TREASON.

In addition, Congress, the President, and Courts have erected jurisdiction and states of Powers in the Exclusive State territories of Oklahoma and Rhode Island, and the Other 48 States and that is TREASON under **Article IV §3 Cl.1,** as none of these States ceded jurisdiction and the Supreme Law of the Land says it can't be done;

"New States may be admitted by Congress into this Union;

"BUT NO"

"new States SHALL be FORMED or ERECTED within the Jurisdiction "of Other States;--" i.d. **U.S.C.A. IV §3 Cl.1.**

That's the clear Language of the Constitution under Facts and Limitations Doctrine and **Article I §8 Cl.3** never provided the Federal Political Police State authority over Citizens and Police Powers. i.d. Federalist #84 In Fact, the Federal Regime may pass RULES for the States on Immigration, but no criminal law. i.d. **U.S.C.A. I §8 Cl.4.** (Laws and RULES are distinguished in **I §8 Cl.4).**

The Federal Political Regime can convict a Pig as a

Cow, but the Court would still lack the force of imposing the order of judgment to enforce Pig v. Cow. That would also include the **U.S.S.G.** enhancements to charge the Pig with obstruction of Justice and/or any other B.S. the Pig refused to admit and was not indicted for. A pig is still a pig, and a cow is sitll a cow even if they don't agree with corrupt and treasonable politicians. The Courts must exercise whether or not it may continue to impose a judgment that was and always has been unconstitutional through a series of frauds upon the courts for 20 YEARS and grotesque and inhuman sentence punishments that are cowardly and political thugism designed to overthrow the Constitution of these United States i.e. the Government and the Rights of the People and States thereunder.

## Conclusion

We, Ron Veatch, Robert Sealander, and Erick Quinonez, together in open Court affirm treason as stated herein.

The Court made errors that call into question the integrity and public reputation of the judiciary as being independent from the Pressures, frauds, and treasons of the Federal Political Subdivisions in Washington D.C. The judgments in each case may not continue as each was done without judicial jurisdiction/authority to enforce those judgments. Although, this is a rough approach and the Court may prefer to seek middle ground and simply modify the defendants/joinders enhancements (Quinonez 16 points enhancements caused by fraud upon the Court via U.S. Probation and Federal Prosecution, etc.) (And Veatch's 20

point enhancements)(and Sealander's 10 point enhancement and both Veatch's and Sealander's $100,000 fines); the Court must, at least address the ability to enforce judicial judgments

This is a National disgrace. And gives a clear picture that the Court is a rubber stamp. Which is not true. However, the judges should not have awaited 20 years to correct all these miscarriages of justice via fraud and fear.

Closure is needed. Moreover, justice and fair trials along with a total independent judiciary is even more needed. Today, this judge has the ability to and/or start the ball rolling that may end this diabolical tyranny that has destroyed justice and every citizen that came before these defacto Courts for the past 20 plus years. It's better that the Court resolve this issue, as the Street Justice SHALL certainly follow as "We the People are FED-UP."

Respectfully submitted,

Erick Quindnez, Pro-se
Treason Joinder

Prof. Ron Veatch,
Attorney of Record/pro-se
On the Brief
Treason Joinder

Robert Sealander, Pro-se
[redacted]e.

**Certificate of Service**

On 8/3, 2005, a true copy of **Defendant's 2nd Response in No. 03-0445** was sent by first class postage to:

(1) Clerk of U.S. Dist. Court

Federal Courthouse

______________________

Providence, R.I. 02903

(2) U.S. Attorney Office.

50 Kennedy Plaza, 8th Fl.

Providence, R.I. 02903

**Robert Sealander**

**Ron Veatch**

Erick Quinonez #[redacted]